IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGETTE ROBINSON MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18cv512-GMB |
| | ) | [wo] |
| MONTGOMERY COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the court on a Motion for Default Judgment against Defendants Patrick Nelson and John Johnston. Doc. 20.

The parties have consented to jurisdiction in this court pursuant to 28 U.S.C. § 636.

The motion for default judgment was prematurely filed, no entry of default having been applied for or made by the Clerk of Court. *See* Fed. R. Civ. Pro. 55(a). In addition, Defendants Patrick Nelson and John Johnston have answered. Doc. 24.

Accordingly, it is ORDERED that the Motion for Default Judgment is DENIED.

DONE this 29th day of August, 2018.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE