IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGETT ROBINSON-MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:18-cv-512-JTA |
| v. | ) |
| | ) (WO) |
| MONTGOMERY COUNTY BOARD | ) |
| OF EDUCATION, ANN ROY | ) |
| MOORE, ROBERT PORTERFIELD, | ) |
| LISA KEITH, W. DURDEN DEAN, | ) |
| ELEANOR DAWKINS, MARY | ) |
| BRIERS, MELISSA SNOWDEN, | ) |
| ARICA WATKINS-SMITH, PATRICK | ) |
| NELSON, and JOHN JOHNSTON, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

1. Plaintiff's motion for summary judgment (Doc. No. 123) is DENIED.

2. Defendants' motion for summary judgment (Doc. No. 125) is GRANTED as to all claims in the Complaint.

3. All claims against Defendant Montgomery County Board of Education are DISMISSED with prejudice.

4. Counts One, Two, Three, Four, Five, Six, and Seven are DISMISSED without prejudice as to Defendants Ann Roy Moore, Robert Porterfield, Lisa Keith, W.

Durden Dean, Eleanor Dawkins, Mary Briers, Melissa Snowden, Arica Watkins-Smith, Patrick Nelson, and John Johnston, in their official and individual capacities.

5. Counts Eight, Nine, and Ten are DISMISSED with prejudice as to Defendants Ann Roy Moore, Robert Porterfield, Lisa Keith, W. Durden Dean, Eleanor Dawkins, Mary Briers, Melissa Snowden, Arica Watkins-Smith, Patrick Nelson, and John Johnston, in their official and individual capacities.

6. The costs of this action should be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

DONE this 21st day of October, 2022.

*/s/ Jerusha T. Adams*

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE